IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RYAN JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 15 C 5715 |
| | ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

Counsel for plaintiff Ryan Johnson ("Johnson") in this 42 U.S.C. § 1983 action have filed a motion for its reassignment from this Court's calendar (to which it was initially assigned under this District Court's computerized random assignment system) to the calendar of its colleague Honorable John Darrah. According to the motion the case is a refiling of an earlier action, Case No. 15 C 1114, that had been randomly assigned to Judge Darrah's calendar but was then voluntarily dismissed without prejudice.

This Court cannot of course order such a transfer directly, even though on the representation by Johnson's counsel this District Court's LR 40.3(b)(2) would have called for an initial direct assignment of the case to Judge Darrah's calendar. Instead this memorandum order recommends to this District Court's Executive Committee that it implement the requested reassignment.

_____
Milton I. Shadur
Senior United States District Judge

Date: July 20, 2015